AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohen, Mark H. | U. S. District Court, Georgia | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1921 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cohen, Mark H.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (accounts) | A | Interest | N | T | | | | | |
| 2. Bank OZK (CDs) | A | Interest | M | T | | | | | |
| 3. Iberia Bank (CD) | B | Interest | | | Distributed | 06/26/20 | L | B | |
| 4. Bank OZK (formerly Promise One Bank) (CD) | B | Interest | | | Distributed | 11/20/20 | L | D | |
| 5. IRA Account #1 | | | | | | | | | |
| 6. --Alliance Fund Small Cap | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 7. --Amer Balanced Fund ABALX | D | Dividend | O | T | | | | | |
| 8. --Amer Growth Fund AGTHX | B | Dividend | N | T | Sold (part) | 02/14/20 | K | A | |
| 9. --Amer Fds Inc Fund AMECX | D | Dividend | N | T | | | | | |
| 10. --Amer Smallcap World Fund SMCWX | D | Dividend | M | T | Sold (part) | 02/13/20 | K | A | |
| 11. --Blackrock Eq. Fund MCDVX | A | Dividend | K | T | Buy | 02/14/20 | K | | |
| 12. --Capital Income Builder Fund CAIBX | D | Dividend | N | T | Sold (part) | 02/14/20 | K | A | |
| 13. --Fidelity Strategy Find FCSDX | A | Dividend | K | T | Buy | 02/14/20 | K | | |
| 14. --New World Fund NEWFX | A | Dividend | M | T | | | | | |
| 15. IRA Account #2 | | | | | | | | | |
| 16. --JP Morgan Large Cap Growth Fund OLGAX | E | Dividend | N | T | | | | | |
| 17. --Metropolitan West Total Return Fund MWTIX | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cohen, Mark H.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Galliard Retirement Income Fund | B | Dividend | M | T | | | | | |
| 19. Brokerage Account | | | | | | | | | |
| 20. --A/F New World Fund NFFFX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 21. --Amer Funds Washington Mut Fund WMFFX | A | Dividend | L | T | | | | | |
| 22. --Amer Funds Bd. Fund ABNFX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 23. --Amer Funds Smallcap SMCFX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 24. --Amer Hi-Income Mun Fund AHMFX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 25. --Amer Mutual Fund AMRFX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 26. --Baron Asset Instit. Fund BARIX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 27. --Baird Aggregate Fund BAGIX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 28. --Blackrock Strat Income Fund BSIIX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 29. --Credit Suisse Comm Ret Fund CRSOX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 30. --Fidelity Adv Small Cap Fund FCIGX | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 31. --Fidelty Strat Fund FSIDX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 32. --First Trust Capital ETF FTCS | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 33. --First Trust Managed ETF FMB | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 34. --Invesco Oppenheimer Devel Mkts Fund ODVYX | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --John Hancock Classic Value Fund JCVIX | A | Dividend | | | Sold | 09/16/20 | J | C | |
| 36. --Lord Abbott High Municipal Bond Fund HYMIX | A | Dividend | J | T | Sold (part) | 03/17/20 | J | A | |
| 37. --Nuveen Mun Trust Class I Fund NUVBX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 38. --MFS Ser TR I Value Fund MEIIX | A | Dividend | | | Sold | 09/16/20 | K | A | |
| 39. --Metropolitan W Bd Fund MWTIX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 40. --Pimco Emerg Mkt Bd Fund PEBIX | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 41. --Principal Funds, Inc. Global Real Estate POSIX | A | Dividend | K | T | | | | | |
| 42. --Victory Sycamore Small Co. Opportunity Fund VSOIX | A | Dividend | K | T | | | | | |
| 43. --Voya Large Cap Growth Fund PLCIX | A | Dividend | K | T | | | | | |
| 44. --Wells Fargo Emerging Growth Fund WEMIX | A | Dividend | K | T | | | | | |
| 45. --Alphabet Inc. Cap. Stock GOOGL | A | Interest | K | T | Buy | 03/23/20 | J | | |
| 46. --Ishares Russell 200 Value ETF IWN | A | Interest | J | T | Buy | 09/16/20 | J | | |
| 47. --Ishares S&P 500 ETF IVV | A | Interest | J | T | Buy | 09/08/20 | J | | |
| 48. --Ishares U. S. Real Estate Exch. Traded Fund IVR | A | Interest | | | Sold | 09/16/20 | K | C | |
| 49. --Vanguard Growth ETF VUG | A | Interest | J | T | Buy | 09/16/20 | J | | |
| 50. --Vanguard Mid Cap ETF | A | Interest | J | T | Buy | 09/16/20 | J | | |
| 51. --City of Atlanta Airport Passenger Facility Bond | A | Interest | | | Sold | 09/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cohen, Mark H.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --City of Atlanta Water & Wastewater Rev Bond | A | Interest | K | T | | | | | |
| 53. --City of Atlanta Devel. Auth. New Downtown Stadium Bond | A | Interest | J | T | | | | | |
| 54. --Fulton County Devel. Auth. Rev. Bond | A | Interest | J | T | | | | | |
| 55. --Georgia State Series A Tanche Bond | A | Interest | K | T | | | | | |
| 56. --Georgia State Series A G/O Bond | A | Interest | K | T | | | | | |
| 57. --Georgia Private Colleges & Univ. Rev. Bond | A | Interest | | | Sold | 02/14/20 | K | A | |
| 58. New York Life Whole Life Policy | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark H. Cohen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544